1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA

9

10 JOHN HUSTON HULBERT,       ) Case No.: 1:18-cv-1586 - JLT
                              )
11            Plaintiff,      ) ORDER DISCHARGING THE ORDER TO
                              ) SHOW CAUSE DATED MAY 1, 2019
12       v.                   )
                              )
13 COMMISSIONER OF SOCIAL SECURITY, )
                              )
14            Defendant.      )
                              )
15 ─────────────────────────────────────

16        On May 1, 2019, the Court ordered Plaintiff to show cause why the action should not be

17 dismissed for his failure to comply with the Court's order directing service of a confidential letter brief.

18 (Doc. 11)  The same day, Plaintiff filed a stipulation of the parties for an extension of time to serve the

19 letter brief, asserting counsel needed additional time to brief the issues.  (Doc. 12)  Notably, this is the

20 first extension requested by either party, and the scheduling order permits a thirty-day extension by

21 stipulation.  (Doc. 5 at 3)  Accordingly, the Court **ORDERS**:

22        1.       The Order to Show Cause dated May 1, 2019 (Doc. 11) is **DISCHARGED**;

23        2.       Plaintiff **SHALL** serve his confidential letter brief no later than **May 29, 2019**, and file

24                 proof of service with the Court.

25

26 IT IS SO ORDERED.

27    Dated:   __**May 2, 2019**__              _____**/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE
28