# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUSTON HULBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:18-cv-1586 - JLT<br><br>ORDER GRANTING THE COMMISSIONER'S REQUEST FOR A SECOND EXTENSION OF TIME<br><br>(Doc. 17) |

　　　　On August 30 2019, the Commissioner of Social Security filed stipulation of the parties for the Commissioner to have an extension of time to respond to Plaintiff's opening brief. (Doc. 17)

　　　　The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 3), which was previously used by Plaintiff for service of his confidential letter brief. (Docs. 12, 13)

　　　　Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 3) Accordingly, the Court construes the stipulation of the parties to be a motion by the Commissioner to amend the Scheduling Order. The Commissioner requests the extension of thirty days "to pursue settlement discussions." (Doc. 17 at 1) Plaintiff does not oppose the request for a second extension (*id.* at 2), and it does not appear Plaintiff would suffer any prejudice through the delay.

///

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1. The Commissioner's request for an extension of time is **GRANTED**; and
2. The Commissioner **SHALL** file a response to Plaintiff's opening brief no later than **September 29, 2019**.

IT IS SO ORDERED.

Dated: **August 30, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE