# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUSTON HULBERT, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:18-cv-01586 - JLT <br><br> ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) <br><br> ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF JOHN HUSTON HULBERT AND AGAINST DEFENDANT, THE COMMISSIONER OF SOCIAL SECURITY |

On September 23, 2019, Plaintiff and the Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's Social Security appeal, pursuant to sentence four of 42 U.S.C. § 405(g).

The parties stipulate that upon remand, an administrative judge shall conduct further proceedings, and "reevaluate the severity of Plaintiff's vision impairment; hold a new hearing and accept Plaintiff's mother as his qualified non-attorney representative or, if the ALJ has concerns regarding Plaintiff's mother's representation, refer the case to OGC pursuant to agency policy; and proceed with the sequential evaluation, as necessary." (*Id.*) In addition, the parties request that final judgment be entered in favor of Plaintiff. (*Id.* at 1-2) Thus, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff John Huston

1

Hulbert, Jr., and against Defendant, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **September 23, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE