<pre>
1
2
3
4
5
6
7
</pre>

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JOHN HUSTON HULBERT, | ) Case No.: 1:18-cv-1586 - JLT |
|---|---|
| Plaintiff, | ) ORDER AWARDING ATTORNEY'S FEES<br>) PURSUANT TO THE EQUAL ACCESS TO |
| v. | ) JUSTICE ACT |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) (Doc. 22) |
| Defendant. | ) |

John Huston Hulbert and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 22) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $7,000.00 are **AWARDED** to Plaintiff John Huston Hulbert

IT IS SO ORDERED.

Dated:  **March 17, 2020**                **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE